# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JORGE LUIS ROMAN,

        Plaintiff,

v.                              Case No:   6:22-cv-1765-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT (Doc. No. 12)
>
> **FILED:** December 16, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 10, 13–14.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Commissioner will give further consideration to the medical opinion evidence; if necessary, obtain supplemental evidence from a vocational expert; take any further action needed to complete the administrative record; and issue a new decision.

Doc. No. 12.   Plaintiff consents to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 12) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE